```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                                  Case No. 13-17784-mdc
Young Sook Nam                                                          Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-2           User: ChrissyW                Page 1 of 2                  Date Rcvd: Oct 16, 2018
                               Form ID: 138NEW               Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db             Young Sook Nam,    2306 Sienna Drive,    East Norriton, PA   19401-1826
cr            +MTGLQ Investors, L.P c/o Shellpoint Mortgage Servi,     POB 10826,    Greenville, SC 29603-0826
cr             MTGLQ Investors, L.P.,   c/o Shellpoint Mortgage Servicing,     P.O. Box 10826,
                 Greenville, SC   29603-0826
13141670       Albert J. Scarafone, Jr.,    1717 Swede Road,    Suite 200,    Blue Bell, PA   19422-3372
13141672     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,    El Passo, TX   79998-2235)
13141674      +CMRE Financial,    3075 East Imperial Highway,    Suite 200,    Brea, CA 92821-6753
13141675     #+Credit Management,    4200 International Parkway,    Carrollton, TX 75007-1912
13141676      +KML Law Group, P.C.,    Suite 5000 BNY Mellon Independ,    701 Market Street,
                 Philadelphia, PA 19106-1538
13887252       MTGLQ Investors, L.P,   c/o Shellpoint Mortgage Serving,     PO Box 10826,
                 Greenville, SC   29603-0826
13504631     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas TX 75261-9741)
13141677       Nationstar Mortgage,    PO Box 650783,    Dallas, TX   75265-0783
13141678     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank RMS CC,     205 West 4th Street,    Cincinnati, OH   45202)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:28      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:42:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 17 2018 02:43:22      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13141669      +E-mail/Text: EBNProcessing@afni.com Oct 17 2018 02:43:08      AFNI,    PO Box 3097,
                 Bloomington, IL 61702-3097
13141671       E-mail/Text: EBNProcessing@afni.com Oct 17 2018 02:43:07      Anderson Financial Network,
                 404 Brock Drive,   P.O. Box 3097,    Bloomington, IL   61702-3097
13141673      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Oct 17 2018 02:44:27
                 Berks Credt & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
13141668      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 17 2018 02:42:59
                 Office of the United States Trustee,    833 Chestnut Street,    Suite 501,
                 Philadelphia, PA 19107-4405
13141679       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 17 2018 02:41:59
                 Verizon,   P.O. Box 28000,    Lehigh Valley, PA   18002-8000
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX   75261-9741)
13141820*     +AFNI,   PO Box 3097,    Bloomington, IL 61702-3097
13141821*      Albert J. Scarafone, Jr.,    1717 Swede Road,    Suite 200,    Blue Bell, PA 19422-3372
13141822*      Anderson Financial Network,    404 Brock Drive,    P.O. Box 3097,    Bloomington, IL 61702-3097
13141823*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,    El Passo, TX   79998-2235)
13141824*     +Berks Credt & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
13141825*     +CMRE Financial,    3075 East Imperial Highway,    Suite 200,    Brea, CA 92821-6753
13141826*     +Credit Management,    4200 International Parkway,    Carrollton, TX 75007-1912
13141827*     +KML Law Group, P.C.,    Suite 5000 BNY Mellon Independ,    701 Market Street,
                 Philadelphia, PA 19106-1538
13141828*      Nationstar Mortgage,    PO Box 650783,    Dallas, TX   75265-0783
13141819*     +Office of the United States Trustee,    833 Chestnut Street,    Suite 501,
                 Philadelphia, PA 19107-4405
13141829*    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank RMS CC,     205 West 4th Street,    Cincinnati, OH   45202)
13141830*      Verizon,   P.O. Box 28000,    Lehigh Valley, PA   18002-8000
13141667*      Young Sook Nam,    2306 Sienna Drive,    East Norriton, PA   19401-1826
13141818*      Young Sook Nam,    2306 Sienna Drive,    East Norriton, PA   19401-1826
13260501     ##+Nationstar Mortgaage, LLC,    ATTN: Bankruptcy Department,    350 Highland Drive,
                 Lewisville, Texas 75067-4177
                                                                                   TOTALS: 0, * 15, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                   Date Rcvd: Oct 16, 2018
                               Form ID: 138NEW             Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
```
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Young Sook Nam scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Young Sook Nam

    Debtor(s)    Bankruptcy No: 13−17784−mdc

    Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/16/18

45 − 44
Form 138_new