**Fill in this information to identify the case:**

Debtor 1     YOUNG SOOK NAM

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN          District of PENNSYLVANIA
                                                                        (State)

Case number    13-17784

Official Form 410S1

# Notice of Mortgage Payment Change                                    **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ Investors, L.P.                    **Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use
to identify the debtor's account:    1073

**Date of payment change**:
Must be at least 21 days after date     09/01/2017
of this notice

**New total payment:**     $  3024.93
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

    ☐ No
    ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

    **Current escrow payment:** $          762.11     **New escrow payment:** $          1140.93

## Part 2:  Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☒ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

    **Current interest rate:** _____%     **New interest rate:** _____%

    **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

## Part 3:  Other Payment Change

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☒ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

    **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

Debtor 1     YOUNG SOOK NAM           Case number *(if known)* 13-17784

       First Name      Middle Name      Last Name

---

**Part 4:**   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✕    /s/ Uwais Pathan        Date   07/25/2017

      Signature

Print:      Uwais Pathan         Title Claims Processor

         First Name      Middle Name      Last Name

Company     Ascension Capital Group

Address     P.O. Box 201347

         Number      Street

         Arlington     TX      76006

         City      State      ZIP Code

Contact phone   ((888) 455-6662      )        Email

---

Case Name: YOUNG SOOK NAM

Case No.  13-17784

Debtor(s).

## NOTICE OF MORTGAGE PAYMENT CHANGE

PLEASE BE ADVISED that on 07/25/2017 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3002.1(b) (the "Bankruptcy Rules"), MTGLQ Investors, L.P. c/o Shellpoint Mortgage Servicing filed a Notice of Change of Mortgage Payment (the "Notice").   The Notice was filed due to a post-bankruptcy change in payment on the Debtor'(s) principal place of residence. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.  Further, a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

YOUNG SOOK NAM
2306 SIENNA DRIVE
EAST NORRITON, PA 19401

Date: 07/25/2017

By:  /s/ Uwais Pathan

Uwais Pathan, Ascension Capital Group, Inc.
Authorized Agent for Shellpoint Mortgage
Servicing

Shellpoint Mortgage Servicing
55 Beattie Place
Suite 110
Greenville, SC 29601
For Inquiries: (800) 365-7107

Analysis Date:    June 23, 2017

Young S Lee
2306 Sienna Dr
Norristown PA 19401

Loan: ██████1073
Property Address:
2306 Sienna Dr
East Norriton, PA 19401

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from June 2017 to Aug 2017. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Sep 01, 2017: |
|---|---|---|
| Principal & Interest Pmt: | 1,884.00 | 1,884.00 |
| Escrow Payment: | 762.11 | 1,140.93 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $2,646.11 | $3,021.93 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Dec 01, 2014 |
| Escrow Balance: | (34,985.61) |
| Anticipated Pmts to Escrow: | 25,149.63 |
| Anticipated Pmts from Escrow (-): | 8,274.03 |
| Anticipated Escrow Balance: | ($18,110.01) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 7,116.10 | (34,985.61) |
| Jun 2017 | 1,157.93 | | | ∗ | | 8,274.03 | (34,985.61) |
| Jul 2017 | 1,157.93 | | | ∗ | | 9,431.96 | (34,985.61) |
| Aug 2017 | 1,157.93 | | 8,274.03 | ∗ | School Tax | 2,315.86 | (34,985.61) |
| | | | | | Anticipated Transactions | 2,315.86 | (34,985.61) |
| Jun 2017 | | 23,625.41 | | | | | (11,360.20) |
| Jul 2017 | | 762.11 | | | | | (10,598.09) |
| Aug 2017 | | 762.11 | | 8,274.03 | School Tax | | (18,110.01) |
| | $3,473.79 | $25,149.63 | $8,274.03 | $8,274.03 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $8,274.03  Under Federal law, your lowest monthly balance should not have exceeded $2,315.86 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Under your mortgage contract and State law, your lowest monthly balance should not exceed $2,315.86.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date:   June 23, 2017

Young S Lee                                                                Loan:   ▊▊▊1073

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | | Escrow Balance | |
|------|----------|-----------|-------------|-------------|----------|
|      | To Escrow | From Escrow | Description | Anticipated | Required |
|      |          |           | Starting Balance | (18,110.01) | 2,281.86 |
| Sep 2017 | 1,140.93 | | | (16,969.08) | 3,422.79 |
| Oct 2017 | 1,140.93 | | | (15,828.15) | 4,563.72 |
| Nov 2017 | 1,140.93 | | | (14,687.22) | 5,704.65 |
| Dec 2017 | 1,140.93 | 3,755.00 | Hazard | (17,301.29) | 3,090.58 |
| Jan 2018 | 1,140.93 | | | (16,160.36) | 4,231.51 |
| Feb 2018 | 1,140.93 | | | (15,019.43) | 5,372.44 |
| Mar 2018 | 1,140.93 | | | (13,878.50) | 6,513.37 |
| Apr 2018 | 1,140.93 | | | (12,737.57) | 7,654.30 |
| May 2018 | 1,140.93 | 1,662.13 | Town Tax | (13,258.77) | 7,133.10 |
| Jun 2018 | 1,140.93 | | | (12,117.84) | 8,274.03 |
| Jul 2018 | 1,140.93 | | | (10,976.91) | 9,414.96 |
| Aug 2018 | 1,140.93 | 8,274.03 | School Tax | (18,110.01) | 2,281.86 |
|          | $13,691.16 | $13,691.16 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $2,281.86. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $2,281.86 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Under your mortgage contract and State law, your lowest monthly balance should not exceed $2,281.86

Your ending balance from the last month of the account history (escrow balance anticipated) is ($18,110.01)  Your starting balance (escrow balance required) according to this analysis should be $2,281.86. This means you have a shortage of $20,391.87 This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be $13,691.16. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|------------------------------|------|
| Unadjusted Escrow Payment | 1,140.93 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $1,140.93 |